IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES JARMON,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-3889** |
| | : | |
| **TRADER JOE'S COMPANY,** | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 8th day of March, 2023, upon consideration of Defendant Trader Joe's Company's Motion for Summary Judgement (ECF No. 16), and all papers in support thereof and opposition thereto, it is hereby **ORDERED** that Defendant's Motion (ECF No. 16) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion is **GRANTED** with respect to Plaintiff's consolidated racial discrimination claims.

2. Defendant's Motion is **DENIED** with respect to Plaintiff's consolidated retaliation claims.

**IT IS SO ORDERED.**

BY THE COURT:

_/s/ John Milton Younge_
**JUDGE JOHN MILTON YOUNGE**